IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SUNKEN, | No. CIV S-05-1867-CMK |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On September 16, 2005, the court issued a scheduling order directing plaintiff to complete service of process on defendant within 20 days of the date the complaint was filed, and to file proof of such service within 10 days from the date of completion of service.  Plaintiff was warned that she has an affirmative duty to prosecute this action and that failure to do so could result in dismissal for lack of prosecution.  More than 30 days have elapsed since the complaint was filed and plaintiff has failed to file proof of completion of service of process on defendant.

/ / /

1

Plaintiff will be required to show cause and is warned that failure to respond to this order may result in dismissal of the action.  <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 20 days of the date of service of this order, why this action should not be dismissed for lack of prosecution and failure to comply with rules and/or court orders.

DATED:  October 26, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE