IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANE SUNKEN,  No. CIV S-05-1867-CMK

    Plaintiff,

  vs.  ORDER

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

                                  /

          Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On September 16, 2005, the court issued a scheduling order directing plaintiff to complete service of process on defendant within 20 days of the date the complaint was filed, and to file proof of such service within 10 days from the date of completion of service. Plaintiff was warned that she has an affirmative duty to prosecute this action and that failure to do so could result in dismissal for lack of prosecution. Plaintiff failed to file proof of completion of service of process on defendant and, on October 26, 2005, the court directed plaintiff to show cause why this action should not be dismissed for lack of prosecution and failure to comply with court

1 | orders and rules.

2 |     Plaintiff filed a response to the order to show cause on November 17, 2005.
3 | Plaintiff also filed a proof of completion of service of process on defendant on that same day.
4 | Plaintiff's response indicates that service of process was completed on November 10, 2005, and
5 | that failure to file proof of such service in this court resulted from a clerical error.  Good cause
6 | appearing therefor, the court will discharge the order to show cause.

7 |     Accordingly, IT IS HEREBY ORDERED that:

8 |     1.    The court's October 26, 2005, order to show cause is discharged; and

9 |     2.    This litigation shall proceed pursuant to the scheduling order issued on
10 | September 16, 2005.

12 | DATED: November 21, 2005.

                                                                           **CRAIG M. KELLISON**
                                                                           UNITED STATES MAGISTRATE JUDGE