McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
(916) 554-2700
PETER THOMPSON
Special Assistant United States Attorney
Telephone: (415) 977-8943
501 I Street, Suite 10-100
Sacramento, California 95814-2322

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SUNKEN, | Case No. 2:05-CV-01867-CMK |
| Plaintiff, | |
| v. | STIPULATION TO REDACT PAGES FROM THE CERTIFIED ADMINISTRATIVE TRANSCRIPT AND FILE THE REDACTED TRANSCRIPT IN THIS ACTION; ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1)  Pages 121 and 122 of the Certified Administrative Transcript (which has not yet been filed in this action) are confidential records pertaining to an individual other than Plaintiff;

2) Said pages shall be removed from the Certified Administrative Transcript, and from all copies of the Transcript, and then destroyed by Plaintiff's attorney, the Assistant United States Attorney, and the Assistant Regional Counsel; the redacted

Redaction Stip. & Order - 05-1867          **1**

1  Certified Administrative Record shall then be filed in this
2  action.
3      3) The above-mentioned pages, mistakenly included in the
4  Transcripts, will not be disclosed to anyone.
5      4) The inadvertent inclusion of the above-mentioned pages in
6  the Certified Administrative Transcript will not be a basis for a
7  claimed error.
8
9  DATED: February 7, 2006    By:  */s/ Rick Peasley*
                                    RICK PEASLEY
10                                  Attorney at Law
11                                  Attorney for Plaintiff
12
   DATED: February 7, 2006         McGREGOR W. SCOTT
13                                  United States Attorney
14
15                             By:  */s/ Bobbie J. Montoya*
                                    BOBBIE J. MONTOYA
16                                  Assistant United States Attorney
17                                  Attorneys for Defendant
18
19                                  ORDER
20
21 APPROVED AND SO ORDERED.
22
   February 9, 2006
23
24                                  /s/  **CRAIG M. KELLISON**
                                    Craig M. Kellison
25                                  UNITED STATES MAGISTRATE JUDGE
26
27
28 Redaction Stip. & Order - 05-1867       **2**