```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
PETER THOMPSON
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SUNKEN,<br><br>        Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>        Defendant. | CASE NO. 2:05-CV-01867-CMK<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO<br>JULY 19, 2006 |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended to July 19, 2006, and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.  The original deadline of June 1, 2006 was inadvertently overlooked.

This is the first extension requested re Defendant's response to Plaintiff's motion for summary judgment.

Stip.& Order Ext. Def.'s Time
2:05-cv-01867-CMK                           **1**

The parties further stipulate that Plaintiff's counsel shall return a facsimile of this stipulation bearing his signature for retention by Defendant's counsel, and that Defendant shall e-file this stipulation pursuant to applicable local rules.

DATED: June 19, 2006      /s/ Rick Peasley
                          RICK PEASLEY
                          Attorney at Law

                          Attorney for Plaintiff

DATED: June 19, 2006      McGREGOR W. SCOTT
                          United States Attorney
                          BOBBIE J. MONTOYA
                          Assistant U.S. Attorney

                      By: /s/ Bobbie J. Montoya for
                          PETER THOMPSON
                          Special Assistant U.S. Attorney

                          Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

                              ORDER

APPROVED AND SO ORDERED.

DATED:   June 20, 2006.


                              _____
                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE

Stip.& Order Ext. Def.'s Time
2:05-cv-01867-CMK                    **2**